## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ERCIL K. GATES**                                                                              **PLAINTIFF**
**#8864-08**

**VS.**                          **CASE NO.: 4:08CV03590 SWW/BD**

**DOC HOLLADAY, et al.**                                                            **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  The parties have not filed any objections.  After careful review of the

Recommended Disposition, as well as a *de novo* review of the record, the Court

concludes that the Recommended Disposition should be, and hereby is, approved and

adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint (docket entry #2) is dismissed without

prejudice.

IT IS SO ORDERED this 30th day of October, 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE